IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY LAMAR**                                                                                      **PLAINTIFF**
**ADC #120479**

vs.                                      NO. 4:21-CV-00529-LPR

**ASA HUTCHINSON**, *et al.*                                                                  **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Anthony Lamar's Motion for Temporary Restraining Order, or Alternatively, for Preliminary Injunction. Mr. Lamar's request for a temporary restraining order is DENIED. Under Federal Rule of Civil Procedure 65(b), a temporary restraining order is available only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Moreover, for a temporary restraining order to be considered, the movant must "certif[y] in writing any efforts made to give notice and the reasons why it should not be required." Mr. Lamar did not meet the requirements of Rule 65(b). Accordingly, this Court will not issue a temporary restraining order.

Mr. Lamar's Motion for a Preliminary Injunction may go forward. The Defendants must respond to the Motion for Preliminary Injunction (Doc. No. 17) on or before August 30, 2021.

IT IS SO ORDERED this 23rd day of August 2021.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT