IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY LAMAR**  **PLAINTIFF**
**ADC #120479**

v.   Case No. 4:21-CV-00529-LPR

**JOE PROFIRI, in his official capacity**
**as Secretary of the Arkansas Department of**
**Corrections, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE